UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK A. CULLUM, | CASE NO. 1:13-CV-00663-LJO-SKO |
| Plaintiff, | |
| vs. | **ORDER OF DISMISSAL** |
| CMRE FINANCIAL SERVICES, INC., | |
| Defendant. | |

    Having considered the parties' Stipulation of Dismissal, the above-entitled action is hereby dismissed with prejudice.  Each party shall bear its own costs and expenses.

IT IS SO ORDERED.

    Dated:  **January 10, 2014**           **/s/ Lawrence J. O'Neill**
                                                             UNITED STATES DISTRICT JUDGE